```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 05851
   CASTELLA WEATHERSPOON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8295


-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 05/22/2006 and was confirmed 08/10/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was completed - no discharge 12/22/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------
HONOR FINANCE               SECURED NOT I         .00          .00            .00
HONOR FINANCE               UNSECURED       NOT FILED          .00            .00
HONOR FINANCE               NOTICE ONLY     NOT FILED          .00            .00
CITY OF CHICAGO PARKING     UNSECURED         1350.00          .00         1350.00
ARNOLD SCOTT HARRIS         NOTICE ONLY     NOT FILED          .00            .00
CITY OF ROLLING MEADOWS     UNSECURED       NOT FILED          .00            .00
DS WATERS OF NORTH AMERI    UNSECURED       NOT FILED          .00            .00
HORIZON EMERGENCY MEDICI    UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPT OF HUMAN S    UNSECURED       NOT FILED          .00            .00
FRIEDMAN & WEXLER           UNSECURED          404.20          .00          404.20
SPRINT PCS                  UNSECURED       NOT FILED          .00            .00
VILLAGE RADIOLOGY           UNSECURED       NOT FILED          .00            .00
WEST SIDE EMERGENCY PHYS    UNSECURED       NOT FILED          .00            .00
UNITED COLLECTION BUREAU    UNSECURED          816.00          .00          816.00
REVENUE PRODUCTION MGT      NOTICE ONLY     NOT FILED          .00            .00
ZALUTSKY & PINSKI LTD       REIMBURSEMENT       54.00          .00           54.00
ZALUTSKY & PINSKI LTD       DEBTOR ATTY      2,500.00                      2,500.00
TOM VAUGHN                  TRUSTEE                                          347.76
DEBTOR REFUND               REFUND                                           128.04

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             5,600.00

PRIORITY                                    54.00
SECURED                                       .00
UNSECURED                                 2,570.20
ADMINISTRATIVE                            2,500.00
TRUSTEE COMPENSATION                        347.76
DEBTOR REFUND                               128.04
```

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 05851 CASTELLA WEATHERSPOON

```
                                 ---------------      ---------------
TOTALS                              5,600.00             5,600.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE